℔AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

## NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 3:03cr150/RV |
| MARLIN PURIFOY ) | USM No: 005760-017 |
| Date of Previous Judgment: April 9, 2004 ) | Pro Se |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☒ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 34 | Amended Offense Level: | 34 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 262 to 327 months | Amended Guideline Range: | 262 to 327 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.

☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Because the defendant was subject to a mandatory minimum of 120 months imprisonment, defendant Purifoy is ineligible for a sentence reduction. See <u>United States v. Williams</u>, 549, F.3d 1337, 1342 (11th Cir. 2008).

Except as provided above, all provisions of the judgment dated April 9, 2004 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: June 30, 2009          /s/ *Roger Vinson*
                                   Judge's signature

Effective Date: _____             Roger Vinson, Senior United States District Judge
        (if different from order date)          Printed name and title